UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

HAIMIL REALTY CORP.,

                    Chapter 11 - Confirmed
                    Case No. 14-11779 (MEW)

                    Debtor.
-------------------------------------------------------x

## ORDER GRANTING, IN PART, FINAL APPLICATIONS OF PICK & ZABICKI LLP AND GLENN BACKER FOR ALLOWANCES OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

Upon consideration of: (a) the application of Pick & Zabicki LLP for a second and final allowance of compensation for services rendered and for reimbursement of expenses incurred as general bankruptcy counsel to Haimil Realty Corp., the debtor and debtor-in-possession herein (the "Debtor"); and (b) the application of Glenn Backer for a third and final allowance of compensation for services rendered as special litigation counsel to the Debtor (together, the "Applications"); and due and adequate notice of the Applications having been given pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and (c)(2); and upon the record of the hearing held on September 12, 2017 and the evidentiary hearing held on the October 11, 2017 in connection with the Applications; and consistent with and for the reasons more fully stated in the Court's *Opinion Regarding Objections to Final Fee Applications of Pick & Zabicki LLP and Glenn Backer*, dated December 8, 2017; and after due deliberation thereon; and sufficient cause having been shown therefor, it is hereby

**ORDERED** that the Applications are granted to the extent and in the amounts set forth in the Schedules attached hereto, which Schedules are incorporated herein and made a part of this Order; and it is further

**ORDERED** that Pick & Zabicki LLP, as Disbursing Agent under the Debtor's confirmed chapter 11 plan, is authorized and directed to immediately pay the amounts allowed hereunder, as well as the amounts previously allowed to certain other professionals of the Debtor by Order entered on October 4, 2017 (ECF No. 213), as administrative expense claims.

Dated: New York, New York
December 12, 2017

                                          **s/Michael E. Wiles**
                                          HONORABLE MICHAEL E. WILES
                                          UNITED STATES BANKRUPTCY JUDGE

**SCHEDULE "A"**

**CURRENT INTERIM FEE PERIOD: OCTOBER 1, 2015 – AUGUST 1, 2017**

CASE NUMBER:   14-11779 (MEW) - Confirmed

CASE NAME:   HAIMIL REALTY CORP.

| Applicant | App. Date/ Doc Nos. | Fees Requested for Current Fee Period | Fees Allowed for Current Fee Period | Fees to be Paid for Current Fee Period | Fees to be Paid for Prior Periods | Total Fees to be Paid | Expenses Requested for Current Fee Period | Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Pick & Zabicki LLP (General Bankruptcy Counsel to the Debtor) (2nd and Final Application) | 07/05/2017 ECF Nos. 187/198 | $194,957.50 | $194,957.50 | $194,957.50 | $27,088.22[1] | $222,045.72 | $3,345.29 | $3,345.29 |
| Glenn Backer (Special Litigation Counsel to the Debtor) (3rd and Final Application) | 06/19/2017 ECF No. 183 | $0 | $0 | $0 | $35,000.66[2] | $35,000.66 | $0 | $0 |

**DATE ON WHICH ORDER WAS SIGNED: 12/12/2017**

INITIALS:  **MEW**  (USBJ)

---

[1] This amount reflects: (a) a $55,000.00 fee reduction as directed by the Court, and (b) a prior payment (by application of a retainer) in the amount of $7,926.78.

[2] This amount reflects: (a) a $30,000.00 fee reduction as directed by the Court, and (b) a prior payment (by application of a retainer) in the amount of $18,015.40.

## SCHEDULE "B"

## APPLICATION TOTALS FOR ALL FEE PERIODS

**CASE NUMBER:** 14-11779 (MEW) - Confirmed

**CASE NAME:** HAIMIL REALTY CORP.

| Applicant | Total Fees Requested | Total Fees Awarded | Total Fees Paid/ To be Paid | Total Expenses Requested | Total Expenses Paid/ To be Paid |
|---|---|---|---|---|---|
| Pick & Zabicki LLP (General Bankruptcy Counsel to the Debtor) | $284,972.50 | $229,972.50 | $229,972.50 | $6,016.01 | $6,016.01 |
| Glenn Backer (Special Litigation Counsel to the Debtor) | $79,059.16 | $49,059.16 | $49,059.16 | $5,941.50 | $5,941.50 |

**Notes:**

1. Pick and Zabicki has been paid $7,926.78 in fees and $2,670.72 in expenses through application of a prior retainer. The total balance of the fees and expenses remaining to be paid is $225,391.01.

2. Glenn Backer has been paid $18,015.40 in fees and $1,984.60 in expenses through application of a prior retainer. The total balance of the fees and expenses remaining to be paid is $35,000.66

**DATE ON WHICH ORDER WAS SIGNED:** 12/12/2017

**INITIALS:** MEW (USBJ)